# IN THE U.S. BANKRUPTCY COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# COOKEVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 209-08974 |
| TRI STAR ALUMINUM CO., L.P., ) | Judge Lundin |
| ) | Chapter 11 |
| Debtor, ) | |

## NOTICE OF WITHDRAWAL OF
## PLAN OF REORGANIZATION PROPOSED BY THE DEBTOR
## COMBINED WITH DISCLOSURE STATEMENT DATED SEPTEMBER 18, 2009

PLEASE TAKE NOTICE that the Debtor, Tri Star Aluminum Co., L.P., hereby withdraws the *Plan of Reorganization Proposed by the Debtor Combined with Disclosure Statement Dated September 18, 2009* (Docket No. 40).

DATED: November 10, 2009

Respectfully submitted,

/s/ Elliott W. Jones
Elliott W. Jones
DRESCHER & SHARP, P.C.
1720 West End Avenue, Suite 300
Nashville, TN 37203
(615) 425-7121
Fax: (615) 425-7110
ejones@dsattorneys.com

ATTORNEYS FOR DEBTOR