In the United States Bankruptcy Court for the
Middle District of Tennessee
Cookeville Division

IN RE:                                )
                                      )    BK NO 09-08974-KL2-11
TRI STAR ALUMINUM, L.P.,              )
DEBTOR IN POSSESSION,                 )

## NOTICE OF MOTION TO APPOINT CHAPTER 11 TRUSTEE

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS:** December 14, 2009

**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE:** January 28, 2010 at 9:30 a.m., in L.Clure Morton Federal Bldg. & Post Office, 9 Broad St., Cookeville, TN 38501

The United States Trustee for the Middle District of Tennessee, Region 8, has asked the court for the following relief: **Appointment of a Chapter 11 Trustee.**

**YOUR RIGHTS MAY BE AFFECTED.** If you do not want the court to grant the attached motion, or if you want the court to consider your views on the motion, then on or before **December 14, 2009**, you or your attorney must:

1. File with the court your written response or objection explaining your position at:
   Electronically: https://ecf.tnmb.uscourts.gov (Required for registered Filers and Users who have accepted electronic notice in this case).
   By Mail: US Bankruptcy Court, PO Box 24890, Nashville, TN 37202-489090
   In Person: US Bankruptcy Court, 701 Broadway, 1st Floor, Nashville, TN
   (Monday - Friday, 8:00 A.M. - 4:00 P.M.)
2. **Your response must state that the deadline for filing responses is December 14, 2009, the date of the scheduled hearing is January 28, 2010 and the motion to which you are responding is Motion to To Appoint Trustee.** If you want a file stamped copy returned, you must include an extra copy and a self-addressed, stamped envelope.
3. You must also mail a copy of your response to:
   Beth Roberts Derrick, Assistant United States Trustee, 318 Customs House, 701 Broadway, Nashville, TN 37203 and on the debtor(s), the debtor(s)'s attorney and the Chapter 7 Trustee (at the addresses reflected on the Certificate of Service attached to the motion).

If a timely response is filed, the hearing will be held at the time and place indicated above. ***THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE.*** You may check whether a timely response has been filed by calling the Clerk's office at 615-736-5584 or viewing the case on the Court's web site at <www.tnmb.uscourts.gov>. If you received this notice by mail, you may have three additional days in which to file a timely response under Rule 9006(f) of the Federal Rules of Bankruptcy Procedure.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

|  |  |
|---|---|
| Signature: | /s/ Beth Roberts Derrick |
| Name: | BETH ROBERTS DERRICK 7138 |
| Address: | Office of the United States Trustee |
|  | 318 Customs House, 701 Broadway |
|  | Nashville, TN 37203 |
|  | Tel:   (615) 736-2254 |
|  | Fax:  (615) 736-2260 |
|  | Email: Beth.R.Derrick@usdoj.gov |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | BK NO 09-08974-KL2-11 |
| TRI STAR ALUMINUM, L.P., ) | |
| DEBTOR IN POSSESSION, ) | |

<u>U.S. TRUSTEE'S MOTION TO APPOINT CHAPTER 11 TRUSTEE</u>

Pursuant to 11 U.S.C. §§ 307 and 1104 and Rules 2007.1 and FRBP 9014, the U.S. Trustee moves for the appointment of a chapter 11 trustee in this case for the following reasons:

1. The Debtor filed a voluntary chapter 11 bankruptcy case on August 7, 2009, and remains in possession of the property of the estate.

2. A plan and disclosure statement were filed on September 18, 2009. The plan, in summary, provided for a 10 percent distribution to general unsecured creditors over five years, payment of secured debt over varying periods of time, and transfer of ownership to two current management persons for no consideration. After objections by the Unsecured Creditors Committee, the largest unsecured creditor and the United States Trustee, the plan and disclosure statement were withdrawn by notice filed November 10, 2009.

3. The disclosure statement and plan provided that a new entity would be created to hold the equity ownership of the debtor and that the new equity would be owned by Joe Levanowicz (50 percent); Robert Gonzales (23.75 percent); Steve Curnutte (23.75 percent); and Will Eckstein (2.5 percent). Mr. Levanowicz is currently an officer of the company and Mr. Gonzales is the chief restructuring officer. Upon information and belief, Mr. Curnutte and

Mr. Eckstein are business associates of Mr. Gonzales.

4. The United States Trustee was recently contacted by the President of an aluminum company in Toronto, Canada and advised that he is interested in purchasing the assets or stock of the debtor. He further advised that he had previously expressed an interest to Mr. Levanowicz and Mr. Gonzales but was not encouraged to pursue sale negotiations. However, it appears now that the Debtor is being responsive to the inquiries of the company.

5. The disclosure statement did not contain historical information from which to determine the feasibility of the projections in support of the plan. The last monthly operating report filed (for the period September 2009) indicates the company is cash flowing; however, no payments on secured debt are presently being made. The monthly operating report for the month ending October 2009 has not been filed as of November 23, 2009.

6. The U.S. Trustee has requested additional information regarding the accounts payables shown on the August 2009 report. The August 2009 report has not been amended; the September 2009 report does not contain the requested information.

7. Given the interest of some of the management in obtaining ownership of the company, it would be in the best interests of the estate and creditors if a trustee were appointed. *In re Cajun Electric Power Cooperative, Inc.*, 74 F.3d 599 (5th Cir. 1996)(Withdrawing part of prior decision and citing to dissent of prior opinion at 69 F.3d 746 and holding actual conflicts of interest can constitute "cause" for appointment of chapter 11 trustee).

8. Moreover, given the specialized nature of the Debtor, a trustee would provide more experience in the marketing and sales aspects of the case.

WHEREFORE, the U.S. Trustee requests that the United States Trustee be directed to appoint a trustee in this case and for such other relief as is appropriate.

Respectfully submitted,

RICHARD F. CLIPPARD
U. S. TRUSTEE, REGION 8

/s/ Beth Roberts Derrick

Beth Roberts Derrick, BPR 7138
Assistant U.S. Trustee
701 Broadway, Suite 318
Nashville, TN 37203
(615)736-2254
Fax: 615-736-2260
Beth.r.derrick@usdoj.gov

## CERTIFICATE OF SERVICE

It is hereby certified that on November 24, 2009, a true and correct copy of the foregoing has been sent via electronic mail to all registered users in this case and placed in the U.S. Mail, postage prepaid, addressed to the following:

Mr. Elliott Warner Jones, Sr.
Drescher & Sharp PC
1720 West End Avenue
Suite 300
Nashville, TN 37203

Mr. Daniel Hays Puryear
Smythe & Puryear
144 Second Avenue
Suite 333
Nashville, TN 37201

/s/ Beth Roberts Derrick
Beth Roberts Derrick

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Motion and Notice was served on all creditors on the mailing matrix on file with the court by placing a copy in the United States mail on November 24, 2009. An electronic copy was sent to all registered users in this case on November 24,2009.

/s/ Beth Roberts Derrick

_____

Beth Roberts Derrick

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**COOKEVILLE DIVISION**

In re:
**TRI STAR ALUMINUM CO.,**
    Debtor.

Case No. 09-08974-KL2-11

PROPOSED

### ORDER DIRECTING THE APPOINTMENT OF CHAPTER 11 TRUSTEE

This matter is before the Court on the United States Trustee's Motion to Appoint Chapter 11 Trustee. Notice of the motion was properly served in accordance with Federal Rule of Bankruptcy Procedure 2002 and Local Bankruptcy Rule 9013-1. The 20-day objection period referenced in the motion has expired. The Debtor has not filed a response to the motion or the objection has been overruled or withdrawn, therefore,

IT IS ORDERED that the United States Trustee appoint a chapter 11 trustee in this case.

**This order was signed and entered electronically as indicated at the top of the first page.**

Submitted by:
RICHARD F. CLIPPARD,
UNITED STATES TRUSTEE, REGION 8
/s/ Beth Roberts Derrick
BETH ROBERTS DERRICK 7138
Office of the United States Trustee
318 Customs House, 701 Broadway
Nashville, TN 37203
Tel:   (615) 736-2254
Fax:  (615) 736-2260
Email: Beth.R.Derrick@usdoj.gov

5

```
Label Matrix for local noticing          AKEL ENVIRONMENTAL RESOURCES, LLC      ALAN'S INDUSTRIAL WASTE SERVICES, INC.
0650-2                                   504 AUTUMN SPRINGS CT                  C/O JOE WEYANT, ESQ.
Case 2:09-bk-08974                       #28                                    FEDERAL BUILDING
MIDDLE DISTRICT OF TENNESSEE             FRANKLIN, TN 37067-2849                116 NORTH SECOND STREET
Cookeville                                                                      CLARKSVILLE, TN 37040-3478
Tue Nov 24 15:18:52 CST 2009

ALLEY-CASSETTY TRUCKING                  Baker Iron & Metal Co., Inc.           Committee of Unsecured Creditors
C/O JOEL E. JORDAN                       c/o Daniel H. Puryear, Esq.            c/o Daniel H. Puryear, Esquire
3326 ASPEN GROVE DRIVE                   144 Second Avenue North                144 Second Avenue North
SUITE 604                                Suite 300                              The Pilcher Building, Suite 300
FRANKLIN, TN 37067-4858                  Nashville, TN 37201-1938               Nashville, TN 37201-1935

DEKALB COMMUNITY BANK                    Intrametco Corporation                 MORRISTOWN METALS, INC.
WILSON BANK & TRUST                      Baker Donelson Bearman Caldwell & Berkow C/O JOE WEYANT, ESQ.
PO BOX 768                               Attn:  Courtney H. Gilmer              FEDERAL BUILDING
LEBANON, TN 37088-0768                   211 Commerce Street                    116 NORTH SECOND STREET
                                         Suite 1000                             CLARKSVILLE, TN 37040-3478
                                         Nashville, TN 37201-1819

Tri Star Aluminum Co., L.P.              701 Broadway Room 170                  ACM Specialized Materials
96 Industrial Rd                         Nashville, TN 37203-3944               977 Amesbury Rd
Alexandria, TN 37012                                                            Haverhill MA 01830-1710


ACTON MOBILE INDUSTRIES                  AFLAC                                  ALLEY-CASSETTY TRUCKING
8007 CORPORATE DRIVE SUITE A             Attn: Remittance Processing            C/O JOEL E. JORDAN
BALTIMORE, MD 21236-4905                 1932 Wynnton Rd                        STELTEMEIER & WESTBROOK, PLLC
                                         Columbus GA 31999-0797                 3326 ASPEN GROVE DRIVE, SUITE 604
                                                                                FRANKLIN, TN 37067-4858

APPLIED INDUSTRIAL TECH. DIXIE INC       Acton Mobile Industries Inc.           Advanced Metal Recycling
C/O BETH ARVAI                           PO Box 758689                          2300 N Lewis Ave
ONE APPLIED PL                           Baltimore MD 21275-8689                Tulsa OK 74110-2120
CLEVELAND OHIO 44115-5056

Airgas Mid America                       Alan's Industrial Waste Services Inc.  Alexandria Auto Parts
PO Box 802615                            PO Box 214                             PO Box 308
Chicago IL 60680-2615                    Ridgely TN 38080-0214                  Alexandria TN 37012-0308

Alley-Cassetty Brick                     Alley-Cassetty Trucking                Allied Water Service #841
c/o Joel E. Jordan                       711 Fesslers Ln                        PO Box 9001099
3326 Aspen Grove Drive, Suite 604        PO Box 23305                           Louisville KY 40290-1099
Franklin TN 37067-4858                   Nashville TN 37202-3305

Applied Industrial Technologies          Arkansas Aluminum Alloys               Audubon Metals LLC
22510 Network Place                      Attn.: Timothy R. McGrath              PO Box 14
Chicago IL 60673-1225                    4400 Malvern Rd.                       Henderson KY 42419
                                         Hot Springs National Park AR 71901-8508 Bratten Cook
                                                                                104 N 3rd St
                                                                                Smithville TN 37166-1415

BOBCAT OF NASHVILLE                      BSA                                    Baker Iron & Metal
401 W OUTER RD                           455 Oak Grove                          740 Rockcastle Ave
VALLEY PARK MO 63088-2031                Albertville AL 35951-6125              Lexington KY 40505-3713
```

| | | |
|---|---|---|
| Baker Iron & Metal Co., Inc.<br>c/o Daniel H. Puryear, Esquire<br>144 Second Avenue North, Suite 300<br>Nashville, TN 37201-1938 | Bearings and Drives<br>PO Box 116733<br>Atlanta GA 30368-6733 | Belmont Metals<br>330 Belmont Ave<br>Brooklyn NY 11207-4000 |
| Bermco Aluminum<br>PO Box 10145<br>Birmingham AL 35202-0145 | Bishop Engine & Automatic Inc.<br>PO Box 223585<br>Dallas TX 75222-3585 | Blue Cross Blue Shield<br>Receipts Dept<br>PO Box 180172<br>Chattanooga TN 37401-7172 |
| Bobby Hoelscher Trucking<br>24477 Windy Ln<br>Warrenton MO 63383-3440 | Brent Industries Inc.<br>PO Box 63521<br>Cincinnati OH 45263-5251 | CLS Recycling<br>PO Box 341<br>Jena LA 71342-0341 |
| Carter Funding Corporation<br>PO Box 770416<br>Memphis TN 38177-0416 | Caterpillar<br>100 NE Adams St<br>Peoria IL 61629-6321 | Chamber of Commerce<br>Smithville-DeKalb Co.<br>PO Box 64<br>Smithville TN 37166-0064<br>Cintas Corporation<br>3400 Briley Park Blvd N |
| Cintas First Aid & Safety F50<br>819 Fesslers Pkwy<br>Nashville TN 37210-2902 | Coface Collections, NA, Inc.<br>50 Millstone Road<br>Building 100, Suite 360<br>Hightstown NJ 08520-1415 | Columbus Scrap Material Inc.<br>PO Box 8670<br>Columbus MS 39705-0012 |
| Commercial Metals Company<br>PO Box 114<br>Joplin MO 64802-0114 | Consolidated Plastics<br>4700 Prosper Dr<br>Stow OH 44224-1068 | Courtney Gilmer, Esq.<br>Baker, Donelson<br>211 Commerct Street, Suite 100<br>Nashville TN 37201-1802 |
| DEKALB COMMUNITY BANK<br>C/O WILSON BANK & TRUST<br>PO BOX 768<br>LEBANON, TN 37088-0768 | Davis Iron & Metal Inc.<br>PO Box 2796<br>Fort Smith AR 72913-2796 | De Lage Landen<br>1111 Old Eagle School Road<br>Wayne PA 19087-1453 |
| Ed Shaw<br>1650 W Jefferson Ave<br>Trenton MI 48183-2136 | Ellis Metals<br>PO Box 337<br>Brundidge AL 36010-0337 | Empire Refractory Specialists Inc.<br>1273 24th Ave<br>Hueytown AL 35023-3667 |
| FedEx<br>PO Box 94515<br>Palatine IL 60094-4515<br>Frank J. Frisoli<br>797 Cambridge Street<br>Cambridge MA 02141-1428 | GE Capital<br>PO Box 802585<br>Chicago IL 60680-2585 | GEHL FINANCE<br>PO BOX 1985<br>WEST BEND, WI 53095-7985 |
| GEHL Finance<br>BIN 88512<br>Milwaukee WI 53288-0001 | GENERAL ELECTRIC CAPITAL CORP<br>1010 THOMAS EDISON BLVD SW<br>CEDAR RAPIDS IA 52404-8247 | Gehrs Industrial Sales<br>PO Box 44721<br>Middletown OH 45044-0721 |

| | | |
|---|---|---|
| Grainger Industrial<br>PO Box 419267<br>Dept 512-850944307<br>Kansas City MO 64141-6267 | Greystone Logistics LLC<br>PO Box 110945<br>Nashville TN 37222-0945 | H&H Sheet Metal<br>355 Peyton St<br>Russellville KY 42276-1682 |
| HVFLLC<br>1650 W JEFFERSON<br>TRENTON MI 48183-2136 | Herschal Products Inc.<br>PO Box 72143<br>Cleveland OH 44192-0002 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 |
| Industrial Rubber & Gasket<br>PO Box 23116<br>Nashville TN 37202-3116 | Intrametco<br>PO Box 663862<br>Indianapolis IN 46266-3862 | Intrametco Corporation<br>c/o Courtney H. Gilmer<br>Baker, Donelson, Bearman, Caldwell & Ber<br>211 Commerce Street, Suite 1000<br>Nashville, TN 37201-1819<br>(615)726-5747 |
| JANNEY & ASSOCIATES, CPA'S, PC<br>PO BOX 548<br>SMITHVILLE, TN 37166-0548 | Jack Gray Transport Services<br>135 S LaSalle 2407<br>Chicago IL 60674-2407 | Jacob Harris<br>PO Box 2335<br>Lebanon TN 37088-2335 |
| Jennings Scrap and Salvage Co.<br>2600 E Marshall<br>Longview TX 75601-5996 | John R. Smith, Jr.<br>Smith, Hulsey & Busey<br>P.O. Box 53315<br>Jacksonville FL 32201-3315<br>Johnson Bolt and Screw Inc.<br>1101 E Depot St | K B Cores<br>288 W South Tec Dr<br>Kankakee IL 60901-8310 |
| KJL Electric Motor Service Inc.<br>1741 Hogsfoot Rd<br>Liberty TN 37095-9609 | KorMet Enterprises Inc.<br>5421 W Howard St<br>Skokie IL 60077-2618 | L. Gino Marchetti, Jr.<br>2908 Poston Ave<br>Nashville TN 37203-1312 |
| Lamar and Judy Scott<br>113 Sherwood Drive<br>Hartselle AL 35640-4109 | Liberty Scrap Metal - Plant 2<br>417 Angle Rd<br>Fort Pierce FL 34947-2528 | Liberty Scrap Metal Inc.<br>1030 25th Ct<br>West Palm Beach FL 33407-5357 |
| Liberty State Bank<br>311 E Main St<br>PO Box 155<br>Liberty TN 37095-0155 | Louis Padnos Iron & Metal Co<br>PO Box 66973<br>Slot 303113<br>Chicago IL 60666-0973 | Louis Padnos Iron & Metal Co.<br>c/o Coface North America, Inc.<br>50 Millstone Rd., Bldg. 100, Ste. 360<br>East Windsor, NJ 08520-1415 |
| MORRISTOWN METALS, INC.<br>C/O JOE WEYANT, ESQ.<br>116 NORTH SECOND STREET<br>CLARKSVILLE, TN 37040-3478 | MSC Industrial Supply<br>Dept CH 0075<br>Palatine IL 60055-0075 | Main Metal Recycling<br>PO Box 2348<br>Jacksonville FL 32203-2348 |
| Main Recycling Company, Inc.<br>c/o Coface North America, Inc.<br>50 Millstone Rd., Bldg. 100, Ste. 360<br>East Windsor, NJ 08520-1415 | Marlon Banks<br>455 Oak Grove<br>Albertville AL 35951-6125 | Middle Tenn Occ & Environ Medicine<br>936 Murfreesboro Rd<br>Lebanon TN 37090-5350 |

| | | |
|---|---|---|
| Middle Tennessee Electric<br>PO Box 220<br>Lebanon TN 37088-0220 | Middle Tennessee Electric Membership Corpora<br>555 New Salem Road<br>Murfreesboro, TN 37129-3390 | Mississippi Lime Company<br>PO Box 840033<br>Kansas City MO 64184-0033 |
| Middle Tennessee Natural Gas<br>PO Box 399<br>Woodbury TN 37190-0399 | | |
| Mixon-Nollner<br>PO Box 156<br>Carthage TN 37030-0156 | Morristown Shredder, Inc.<br>PO Box 3158<br>Morristown TN 37815-3158 | NEBS<br>PO Box 88042<br>Chicago IL 60680-1042 |
| Nashville Hydraulics<br>711 51st Ave N<br>Nashville TN 37209-2125 | NexAir, LLC<br>PO Box 125<br>Memphis TN 38101-0125 | OCE Imagistics Inc.<br>7555 East Hampden Avenue<br>Suite 200<br>Denver CO 80231-4833 |
| OFSI<br>13824 Collections Center Dr<br>Chicago IL 60693-0138 | PITA Metals/Scrap Processing<br>411 South Fort Street<br>Detroit MI 48217-1402 | PITA Metals/Scrap Processing<br>PO Box 330<br>Melvindale MI 48121-0330 |
| Peony Inc.<br>110 Summit Ave Ste 200<br>Montvale NJ 07645-1775 | Quality Parts Supply<br>15844 S IH-35<br>Bruceville TX 76630-3444 | R&R Furniture & Hardware<br>PO Box 394<br>Alexandria TN 37012-0394 |
| RSC Equipment Rental<br>C/O L. Gino Marchetti, Jr., Esquire<br>2908 Poston Avenue<br>Nashville, TN 37203-1312 | RSC Equipment Rental<br>PO Box 840514<br>Dallas TX 75284-0514 | Randall Banks<br>140 Campbell Rd<br>Albertville AL 35951-4538 |
| Rankin Oil Company Inc.<br>PO Box 177<br>Carthage TN 37030-0177 | Rick and Brenda Wilson<br>112 Davis Drive<br>Nicholasville KY 40356-2626 | Roane Metals Group LLC<br>PO Box 665<br>Rockwood TN 37854-0665 |
| Ron's Core Care<br>1325 Milltown Church Rd<br>Milltown KY 42728-5259 | Ronald L. Grimm<br>Ambrose,Wilson, Grimm & Durand, LLP<br>P.O. Box 2466<br>Knoxville TN 37901-2466 | SETCO<br>PO Box 809<br>Idabel OK 74745-0809 |
| SMA<br>PO Box 84<br>Alexander City AL 35011-0084 | SMITHVILLE-DEKALB COUNTY CHAMBER OF COMMERCE<br>PO BOX 64<br>SMITHVILLE, TN 37166-0064 | Schaeffer MFG. Co.<br>Dept 3518<br>PO Box 790100<br>Saint Louis MO 63179-0100 |
| Shapiro Metal<br>9338 Olive Blvd Ste 200<br>Saint Louis MO 63132-3248 | Shapiro Metals<br>c/o Coface North America, Inc.<br>50 Millstone Rd., Bldg. 100, Ste. 360<br>East Windsor, NJ 08520-1415 | Stacey L. Nash<br>26 Tribble Ln<br>Gordonsville TN 38563-6559 |

| | | |
|---|---|---|
| Strickland's Nursery & Landscape<br>37331 Nashville Hwy<br>Alexandria TN 37012-3564<br>Superior Aluminum Alloys LLC<br>BankOne - Dept 77552<br>PO Box 77000 | Swann's Rebuilding<br>9 Bradford Hill Rd<br>Brush Creek TN 38547-4602 | System Scale Corporation<br>332 Hill Ave<br>Nashville TN 37210-4786 |
| TRI STATE RECYCLING LLC<br>PO BOX 8670<br>COLUMBUS, MS 39705-0012 | TWJ PACKAGING GROUP LLC<br>PO BOX 734<br>MEMPHIS TN 38101-0734 | Taylor Auto Salvage<br>16211 Pardee Rd<br>Taylor MI 48180-5222 |
| Tenn Star Fire Protection & Safety<br>553 Middle Tennessee Blvd<br>Murfreesboro TN 37129-5603 | Tennessee Dept of Agriculture<br>PO Box 198990<br>Nashville TN 37219-8990 | Thomas G. Janney CPA<br>PO Box 548<br>Smithville TN 37166-0548 |
| Trademark Printing<br>502-A W Spring St<br>Cookeville TN 38501-3195 | Trantham Brokerage Inc.<br>1260 State Farm Rd<br>Alexandria AL 36250-6042 | Trantham Services Inc.<br>1260 State Farm Rd<br>Alexandria AL 36250-6042 |
| Tri Star Aluminum Management Co<br>PO Box 68<br>Alexandria TN 37012-0068 | Tuff Equipment Company of TN<br>803 Louisville Hwy<br>Goodlettsville TN 37072-1104 | Tulsa Auto Core<br>1130 N Lewis<br>Tulsa OK 74110-4766 |
| US TRUSTEE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>701 BROADWAY STE 318<br>NASHVILLE, TN 37203-3966 | University Medical Center<br>PO Box 490<br>Lebanon TN 37088-0490 | W W GRAINGER INC<br>7300 N MELVINA AVE M240<br>NILES IL 60714-3998 |
| W.J. Bullock Inc.<br>PO Box 539<br>Fairfield AL 35064-0539 | Walter E. Dorroh, Jr.<br>P.O. Box 1889<br>Jena LA 71342-1899 | Wilson Bank & Trust<br>DeKalb Community Bank<br>306 Brush Creek Rd<br>Alexandria TN 37012 |
| Wimberly Lawson Seale Wright & Daves<br>PO Box 2231<br>Knoxville TN 37901-2231 | ELLIOTT WARNER JONES<br>DRESCHER & SHARP PC<br>1720 WEST END AVENUE<br>SUITE 300<br>NASHVILLE, TN 37203-2619 | Rick Wilson<br>112 Davis Drive<br>Nicholasville, KY 40356-2626 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

IRS
CENTRALIZED INSOLVENCY
PO BOX 21126
PHILADELPHIA, PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)AKEL ENVIRONMENTAL RESOURCES, LLC  (d)Bobcat of Nashville                 (d)RSC Equipment Rental
504 AUTUMN SPRINGS CT., #28            401 W Outer Rd                        C/O L.Gino Marchetti, Jr., Esquire
FRANKLIN, TN 37067-2849                Valley Park MO 63088-2031             2908 Poston Avenue
                                                                             Nashville, TN 37203-1312

End of Label Matrix
Mailable recipients    143
Bypassed recipients      3
Total                  146