UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

In re: |
**TRI STAR ALUMINUM CO.,** | Case No. 09-08974-KL2-11
Debtor. |

## ORDER DIRECTING THE APPOINTMENT OF CHAPTER 11 TRUSTEE

This matter is before the Court on the United States Trustee's Motion to Appoint Chapter 11 Trustee. Notice of the motion was properly served in accordance with Federal Rule of Bankruptcy Procedure 2002 and Local Bankruptcy Rule 9013-1. The 20-day objection period referenced in the motion has expired. No response or objection to the motion was filed, therefore,

IT IS ORDERED that the United States Trustee shall appoint a chapter 11 trustee in this case.

**This order was signed and entered electronically as indicated at the top of the first page.**

Submitted by:

RICHARD F. CLIPPARD,
UNITED STATES TRUSTEE, REGION 8

/s/ Beth Roberts Derrick
BETH ROBERTS DERRICK 7138
Office of the United States Trustee
318 Customs House, 701 Broadway
Nashville, TN 37203
Tel: (615) 736-2254
Fax: (615) 736-2260
Email: Beth.R.Derrick@usdoj.gov