IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| TRI STAR ALUMINUM, LP, | ) | BK NO 09-08974-KL2-11 |
| | ) | |
| DEBTOR | ) | |

## APPOINTMENT OF CHAPTER 11 TRUSTEE BY UNITED STATES TRUSTEE

Pursuant to the Order of this Court entered on December 16, 2009, directing the United States Trustee to appoint a disinterested Chapter 11 Trustee in the above-styled case, the United States Trustee hereby appoints the following person as trustee:

> Michael E. Collins
> Manier & Herod, P.C.
> 150 Fourth Avenue North, Suite 2200
> Nashville, TN 37219
> Tel: (615) 742-9350
> Fax: (615) 242-4203

This appointment is subject to Mr. Collins's submission of all background information necessary for the investigation of him on behalf of the U.S. Department of Justice on or within 10 days of the date of his Verified Statement in support of his appointment.

The United States Trustee states to the court that upon consultation with Mr. Collins and interested parties in this case, it does not appear that Mr. Collins holds or represents any interest adverse to the estate. Mr. Collins has agreed to provide supplemental notice of conflicts as they become known to him.

The bond of the trustee is hereby fixed in the amount of $650,000. The trustee shall immediately notify the United States Trustee upon receipt of any funds which causes the total daily balance of funds held by the trustee to exceed $ 425,000.

This appointment made December 17, 2009.

RICHARD F. CLIPPARD
UNITED STATES TRUSTEE, REGION 8

/s/ Beth Roberts Derrick
_____
Beth Roberts Derrick, BPR 7138
Assistant United States Trustee
701 Broadway, Room 318
Nashville, TN 37203
Tel: 615-736-2254
Fax: 615-736-2260
Email: beth.r.derrick@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of December, 2009, a copy of the Appointment of Chapter 11 Trustee was served via email on the debtor's attorneys and all parties which had filed notices of appearance, and a true and exact copy was served via U.S. mail, postage prepaid, to the debtor and to the attorney for Liberty Bank at the following address:

Tri Star Aluminum Co., L.P.
96 Industrial Rd
Alexandria, TN 37012

Mr. Bratten Hale Cook, II
104 N. 3rd Street
Smithville, TN 37166-1415

/S/ Beth Roberts Derrick (TN BPR #7138)
Beth Roberts Derrick