# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# COOKEVILLE DIVISION

| | |
|---|---|
| IN RE: ) ) | |
| TRI STAR ALUMINUM CO., L.P. ) ) | CASE NO. 209-08974 |
| ) | CHAPTER 11 |
| DEBTOR. ) ) | JUDGE LUNDIN |

## ORDER APPROVING THE APPLICATION OF TRUSTEE TO EMPLOY MANIER & HEROD, P.C. AS COUNSEL TO REPRESENT THE TRUSTEE PURSUANT TO 11 U.S.C. § 327(a)

Upon the Application by Trustee to Employ Manier & Herod, P.C. ("Manier & Herod") As Counsel to Represent the Trustee pursuant to 11 U.S.C. § 327(a) (the "Application") filed on December 17, 2009; and notice of the Application having been given in accordance with LBR 2014-1 and 9013-1; and it appearing to the Court that no objections to the Application have been filed and said Application should be granted,

IT IS HEREBY ORDERED that the Trustee is authorized to employ Manier & Herod as counsel for the Trustee in this Chapter 11 case, upon the terms set forth in the Application, *nunc pro tunc* to December 17, 2009.

IT IS FURTHER ORDERED that counsel shall make application to the Court for approval of all fees.

IT IS SO ORDERED.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.**

Submitted By:

/s/ Neesha S. Hetcher
Michael E. Collins (16036)
Neesha S. Hetcher (026579)
Manier & Herod, A Tennessee
Professional Corporation
One Nashville Place
Suite 2200, 150 Fourth Avenue North
Nashville, TN  37219-2494
Telephone:  615-244-0030
mcollins@manierherod.com
nhetcher@manierherod.com

Counsel for the Trustee