*Keith M. Lundin*
*U.S. Bankruptcy Judge*
Dated: 09/19/11



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### COOKEVILLE DIVISION

| | |
|---|---|
| IN RE: ) ) | |
| TRI STAR ALUMINUM CO., L.P. ) ) | CASE NO. 209-08974 CHAPTER 11 |
| DEBTOR. ) ) ) | JUDGE LUNDIN |

## ORDER CONTINUING FINAL HEARING ON MOTION TO APPROVE SALE OF SUBSTANTIALLY ALL ASSETS OF THE ESTATE

Upon the Trustee's Expedited Motion For (I) Entry Of An Order (A) Establishing Bidding And Auction Procedures Related To The Sale Of Substantially All Assets; (B) Scheduling A Final Sale Hearing Approving The Sale Of The Assets; (C) Approving Form And Manner Of Notice Of All Procedures, Protections, And Agreements; And (D) Granting Certain Related Relief; And (Ii) Entry Of An Order Approving The Sale Of The Assets Of Tri Star Aluminum Co., L.P. Free And Clear Of All Liens, Claims, Encumbrances And Interests (the "Sale Motion"); and hearings having been held on August 30, 2011 and September 13, 2011, with an appearance by Michael E. Collins for the Trustee; and a request having been made to continue the final hearing for one week; it is therefore

ORDERED that the final hearing on the Sale Motion will be held on September 20, 2011, at 9:00 am, in Courtroom 2, Customs House, 701 Broadway, 2nd Floor, Nashville, Tennessee 37203.

SO ORDERED.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.**

SUBMITTED FOR ENTRY:

MANIER & HEROD, P.C.

/s/ Michael E. Collins
Michael E. Collins (BPR No. 16036)
Neesha S. Hetcher (BPR No. 026579)
2200 One Nashville Place
150 Fourth Avenue North
Nashville, TN 37219
Telephone: (615) 244-0030
Facsimile: (615) 242-4203
mcollins@manierherod.com

Counsel for the Chapter 11 Trustee

This Order has Been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court