# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In Re: | CHAPTER 11 |
| | CASE NO. 2:09-bk-08974 |
| TRI STAR ALUMINUM CO. LP, | JUDGE LUNDIN |
|     Debtor | |
| | |
| DEKALB COMMUNITY BANK, | |
| Office of Wilson Bank & Trust, | |
|     Movant, | |
| | |
| vs. | |
| | |
| TRI STAR ALUMINUM CO. LP, Debtor, | |
|     Respondents | |

## MOTION FOR RELIEF FROM AUTOMATIC STAY

COMES NOW, Dekalb Community Bank, Office of Wilson Bank & Trust, (hereinafter "Movant"), a secured creditor of the above, and respectfully moves this Court for an Order granting relief from the automatic stay provision of 11 U.S.C. § 362(a). In support, Movant would show:

    1.    Tri Star Aluminum Co. LP, (hereinafter "Debtor"), filed for relief under Chapter 11 on August 7, 2009.

    2.    This Court has jurisdiction over this Motion pursuant to 11 U.S.C. § 362.

    3.    DeKalb Community Bank, Office of Wilson Bank & Trust, holds a security interest in certain real property located at Edgewood Rd. & N/E Edgewood Rd., Alexandria, DeKalb and Smith County, Tennessee, (the "Property") by virtue of a Deed of Trust and Note executed by the Debtors on April 16, 2008, with the Deed of Trust being recorded on April 18, 2008 at Book 189, Page(s) 402-406 with the Smith, County Register and Book 284 page 805, DeKalb County

Register. A copy is attached hereto as Exhibit "A".

4. Movant would show that the note is delinquent. The Debtor is currently in default under the Security Documents.

5. Movant asserts that the current value of the Property is between $150,000.00 and $175,000.00. The payoff is $189,418.58 as of September 29, 2011.

6. Since the filing of this Chapter 11, Debtor has remained in possession of the Property. Debtor's continued retention and use of the Property, together with the passage of time and current market conditions, is resulting in depreciation in the value of Movant's interest in the Property. An attempt to sell the property pursuant to 11 U.S.C. § 363 was unsuccessful. The Debtor in possession is no longer in operation.

7. Movant has not received adequate protection for its interest in the subject Property.

8. Pursuant to 11 U.S.C. § 362(d)(1), sufficient cause exist, including lack of adequate protection and Debtor's material defaults under the Security Documents to terminate the automatic stay.

9. Pursuant to 11 U.S.C. § 362(d)(2), the automatic stay should be terminated as to the Movant, its Property and the proceeds thereof as there is no equity in the Property considering the costs of sale and that such property is not necessary for an effective reorganization of the Debtor's affairs.

10. Pursuant to 11 U.S.C. § 361 and 363, Movant is entitled to adequate protection for its interests in the subject Property.

11. Movant additionally requests that the provisions of Rule 4001(a)(3) be waived and Movant be allowed to immediately enforce any order entered granting Movant relief from the

automatic stay and co-debtor relief.

WHEREFORE, **DeKalb Community Bank, Office of Wilson Bank & Trust** prays that:

1. The automatic stay is terminated as to **DeKalb Community Bank, Office of Wilson Bank & Trust**, the Property and the proceeds thereof effective immediately and, that the requirements of F.R.B.P 4001(a)(3) and are waived;

2. For such other and further relief as this Court deems just and proper.

Respectfully submitted,

**/s/ Robert Evans Lee**
Robert Evans Lee, #5629
Lee & Lee Attorneys at Law, P.C.
Attorneys for DeKalb Community Bank
109 E. Gay Street
Lebanon, TN 37087
615-444-3900
615-443-4503-Fax
bkruptcy@leeandlee.com

# CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and exact copy of the foregoing Motion for Relief has been served electronically, through the Court's electronic filing system to all parties indicated on the electronic filing receipt, or by United States mail, postage prepaid, on September 29, 2011, to the Debtor and to the 20 largest creditors pursuant to Fed. R. Bankr. P. 4001(a)(1), and to:

        U.S. Trustee
        Office of the United States Trustee
.       701 Broadway, Suite 318
        Nashville, TN 37203

Tri Star Aluminum Co. LP
96 Industrial Rd.
Alexandria, TN 37012

Daniel Hays Puryear
SMYTHE & PURYEAR
144 Second Ave Ste 333
Nashville, TN 37201
Attorney for Committee of Unsecured Creditors

Michael Collins, Trustee
MANIER & HEROD
One Nashville Place #2200
150 Fourth Ave N
Nashville, TN 37219-2494

        **/s/ Robert Evans Lee**
        Robert Evans Lee

Baker Iron & Metal
740 Rockcastle Ave.
Lexington, KY 40505

Tri Star Aluminum Mgt. Co.
PO Box 68
Alexandria, TN 37126

Ed Shaw
1650 W. Jefferson Ave.
Trenton, MI 48183

Liberty Scrap Metal-Plant2
417 Angle Rd.
Fort Pierce, FL 34947

Louis Padnos Iron & Metal Co.
PO Box 66973
Slot 303113
Chicago, IL 60666-0973

Alan's Industrial Waste Svs Inc
PO Box 214
Ridgely, TN 38080

Liberty Scrap Metal Inc.
1030 25th Ct.
West Palm Beach, FL 33407

Middle TN Electric
PO Box 220
Lebanon, TN 37088-0220

Main Metal Recycling
PO Box 2348
Jacksonville, FL 32203-2348

KorMet Enterprises Inc.
5421 W. Howard St.
Skokie, IL 60077

Intrametco
PO Box 663862
Indianapolis, IN 46266

Morristown Shredder, Inc.
PO Box 3158
Morristown, TN 37815

CLS Recycling
PO Box 341
Jena, LA 71342

Shapiro Metal
9338 Olive Blvd. Ste 200
St. Louis, MO 63132

Bishop Engine & Automatic Inc.
PO Box 223585
Dallas, TX 75222

Middle TN Natural Gas
PO Box 399
Woodbury, TN 37190-0399

Jack Gray Transport Services
135 S. LaSalle 2407
Chicago, IL 06074-2407

ACM Specialized Materials
977 Amesbury Rd.
Haverhill, MA 01830

Columbus Scrap Material Inc.
PO Box 8670
Columbus, MS 39705

Arkansas Aluminum Alloys
Attn: Timothy R. McGrath
4400 Malvern Rd.
Hot Springs National Park, AR 71901