IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

|  |  |
|---|---|
| IN RE:<br><br>    TRI STAR ALUMINUM CO., L.P.<br><br>    DEBTOR. | )<br>)<br>)<br>)    CASE NO.  209-08974<br>)    CHAPTER 11<br>)<br>)    JUDGE LUNDIN<br>) |

## ORDER CONTINUING FINAL HEARING ON MOTION TO APPROVE SALE OF SUBSTANTIALLY ALL ASSETS OF THE ESTATE

Upon the Trustee's Expedited Motion For (I) Entry Of An Order (A) Establishing Bidding And Auction Procedures Related To The Sale Of Substantially All Assets; (B) Scheduling A Final Sale Hearing Approving The Sale Of The Assets; (C) Approving Form And Manner Of Notice Of All Procedures, Protections, And Agreements; And (D) Granting Certain Related Relief; And (Ii) Entry Of An Order Approving The Sale Of The Assets Of Tri Star Aluminum Co., L.P. Free And Clear Of All Liens, Claims, Encumbrances And Interests (the "Sale Motion"); and hearings having been held on August 30, 2011, September 13, 2011, September 21, 2011, and October 4, 2011, with an appearance by Michael E. Collins for the Trustee; and a request having been made to continue the final hearing for one week; it is therefore

ORDERED that the final hearing on the Sale Motion will be held on October 11, 2011, at 9:00 am, in Courtroom 2, Customs House, 701 Broadway, 2nd Floor, Nashville, Tennessee 37203.

SO ORDERED.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.**

SUBMITTED FOR ENTRY:

MANIER & HEROD, P.C.

/s/ Michael E. Collins
Michael E. Collins (BPR No. 16036)
Neesha S. Hetcher (BPR No. 026579)
2200 One Nashville Place
150 Fourth Avenue North
Nashville, TN 37219
Telephone: (615) 244-0030
Facsimile: (615) 242-4203
mcollins@manierherod.com

Counsel for the Chapter 11 Trustee